IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| LUZ M. VASQUEZ,<br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES TEXAS, LLC<br>D/B/A WAL-MART STORES TEXAS<br>2007, LLC,<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.<br>DR-18-CV-14–AM/CW |

## ORDER

On June 22, 2018, the parties filed a joint stipulation of dismissal that complies with the requirements of Rule 41(a) of the Federal Rules of Civil Procedure. (ECF No. 3.) The Court therefore **ORDERS** that all of the claims in this lawsuit be **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and expenses. The Court further **ORDERS** that a clerk's judgment shall immediately issue in this case, terminating the present cause of action.

SIGNED this 25th day of June, 2018.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE