AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court

## Western District of Texas

LUZ M. VASQUEZ,
Plaintiff,

v.

WAL-MART STORES TEXAS, LLC D/B/A
WAL-MART STORES TEXAS 2007, LLC,
Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: DR-18-CV-14-AM/CW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that all of the claims in this lawsuit be DISMISSED WITH PREJUDICE, with each party to bear its own costs and expenses.

6/26/2018
Date

Jeannette J. Clack
Clerk

*[signature]*
(By) Deputy Clerk